IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : : : | NO. 17-486 |
| ISIAH JORDAN | : | |

## ORDER

**AND NOW**, this 27th day of July 2018, following oral argument, considering the parties' briefing (ECF Doc. Nos. 36, 38, 39) on Defendant's Objection to an enhanced guideline range for a crime of violence based upon the definition of sexual assault under 18 Pa.C.S. § 3124.1, and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Objection is **OVERRULED**.

_____
KEARNEY, J.